UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TABITHA MCKENZIE,

    Plaintiff,

v.                                          Case No. 5:24-cv-106-MCR/MJF

MEGAN JOANN FORD,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 3, 2024. (ECF No. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **dismissed** pursuant to 28 U.S.C. § 1915A(b)(1) for maliciousness and abuse of the judicial process.

    3.    The clerk of the court shall enter judgment in accordance with this order and close the case file.

**DONE AND ORDERED** this 25th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**